

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2016

No. 04-16-00346-CR

Steve **KOU,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8622
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. We ORDER appellant to file his brief on or before December 14, 2016. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court